# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | | |
|---|---|---|
| BRENDA THOMPSON, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:18-CV-00160-JRG |
| | § | |
| CAPITAL ONE BANK (USA), N.A., | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

Before the Court is the Unopposed Motion to Dismiss with Prejudice ("the Motion") filed by Plaintiff Brenda Thompson. (Dkt. No. 34). Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. It is therefore **ORDERED** that all claims between the parties in this case are **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs, expenses, and attorneys' fees. The Clerk of Court is directed to **CLOSE** Case No. 5:18-cv-160-JRG.

**So ORDERED and SIGNED this 26th day of June, 2019.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE